MAE DIAMOND, as a Director and Stockholder of JAROLD SHOPS, INC., Suing on Behalf of Herself and the Right of Said Corporation, Appellant, v. EVELYN DIAMOND et al., Respondents.— Judgment affirmed, with costs to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.; Glennon and Cohn, JJ., dissent and vote to modify to eliminate the allowance of $30,000 to the defendant Evelyn Diamond. [200 Misc. 1055.]

■

IRVING GERBER, Respondent, v. JAROLD SHOPS, INC., Appellant.— The record, including the documentary proof, discloses that the present claim of plaintiff is palpably false. Any verdict in his favor would have to be set aside as against the weight of the evidence. Accordingly it would have been proper to direct a verdict against him (Civ. Prac. Act, § 457-a). Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and a verdict directed in defendant's favor dismissing the complaint upon the merits, with costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

■

LENMAR CONSTRUCTION CO., INC., Appellant, v. NEW YORK CITY HOUSING AUTHORITY, Respondent.— The judgment entered on defendant-respondent's motion for summary judgment is unanimously modified to conform with the order which granted that motion for summary judgment, without costs. The order provided that the motion be granted without prejudice to plaintiff's right to recover any balance due on the contract and without prejudice to any right which plaintiff might have to arbitrate the claims other than the balance due pleaded in the complaint. The judgment as entered is absolute in its adjudication in favor of defendant. As thus modified the judgment is affirmed. Our decision does not extend beyond ruling that the claim for a balance due is premature, and that the additional claims must be arbitrated under the terms of the contract. Whether such claims remain presently arbitrable under the arbitration machinery established by the parties is a question not before us on these appeals and it is therefore not determined. The orders denying plaintiff-appellant's motion for partial summary judgment and granting defendant's motion for summary judgment unanimously affirmed, with $20 costs and disbursements. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

■

In the Matter of WILLIAM R. KAHN et al., Individually and on Behalf of Others Similarly Situated, Appellants, against SIDNEY H. BINGHAM et al., Constituting the Board of Transportation of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

MAUDE L. ZINK, Respondent, v. ALBERT B. ZINK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 282 App. Div. 683.]